UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

                                                  Index No.: 07-CIV-8624 (CLB)

                    Plaintiffs,            **VOLUNTARY NOTICE**
                                                        **OF DISMISSAL & ORDER**

    -against-

KASSELMAN ELECTRIC CO. INC.,

                    Defendants.
---------------------------------------------------------------x

        Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: October 22, 2007
       Elmsford, New York

                                                       _Dana L. Henke_
                                                       Dana L. Henke, Esq. (DLH3025)
                                                       Attorney for Plaintiff
                                                       258 Saw Mill River Road
                                                       Elmsford, New York 10523
                                                       (914) 592-1515

SO ORDERED _October 22, 2007_

_Charles Brieant_
Honorable Charles L. Brieant, U S.D.J.